UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IAN ALAN OLSON,

    Defendant.

Case No.
[18 U.S.C. §§ 1389(a) & 111(a)(1)]

21-CR-077

---

## INDICTMENT

---

### COUNT ONE
(Attack on U.S. Servicemen)

**THE GRAND JURY CHARGES THAT:**

On or about March 15, 2021, in the State and Eastern District of Wisconsin,

**IAN ALAN OLSON**

knowingly assaulted and battered, and attempted to assault and batter, a United States serviceman on account of the military service of that serviceman and the status of that individual as a United States serviceman.

In violation of Title 18, United States Code, Section 1389(a).

## COUNT TWO
(Assault of Certain Officials and Officers)

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 15, 2021, in the State and Eastern District of Wisconsin,

**IAN ALAN OLSON**

forcibly assaulted, impeded, intimidated, and interfered with a member of the uniformed services while the member was engaged in and on account of the member's performance of official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

FOREPERSON

Date: April 13, 2021

_____
for RICHARD G. FROHLING
Acting United States Attorney

2