# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin



| | | |
|---|---|---|
| United States of America<br>v.<br>Ian Alan Olson | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 21-846M(NJ) |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Ian Alan Olson,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1389(a): Prohibition on attacks on United States servicemen on account of service.
18 USC 111(a): Assaulting, resisting, or impeding certain officers or employees.

Date:   March 19, 2021

*Issuing officer's signature*

City and state:   Milwaukee, WI

U.S. Magistrate Judge Nancy Joseph
*Printed name and title*

### Return

This warrant was received on *(date)* 3/19/2021, and the person was arrested on *(date)* 3/19/2021
at *(city and state)* Nashotah, WI.

Date: 3/19/2021

*Arresting officer's signature*

Christopher Nichols - FBI SA
*Printed name and title*