# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

v.  **COUNSEL-ONLY STATUS CONFERENCE**
 **(By Telephone)**

**IAN ALAN OLSON**  Case No. 21-cr-0077-bhl

---

HONORABLE BRETT H. LUDWIG presiding  Time Called: 9:33 a.m.
Proceeding Held: 7/14/2021  Time Concluded: 9:40 a.m.
Deputy Clerk: Kristine B.  Tape: 19

**Appearances:**

UNITED STATES OF AMERICA by:  Benjamin W Proctor

IAN ALAN OLSON by:  Thomas C Simon

---

The parties updated the Court on the status of the case. Defendant's counsel reported that his client has agreed to the government's plea offer and the written agreement will likely be signed and filed within the next two weeks.

The Court scheduled a Change of Plea hearing for **August 18, 2021, at 1:00 p.m.**, at the U.S. Federal Courthouse, Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202. The Court made a speedy trial finding. The dates from 7/14/2021 to 8/18/2021 are excluded under the Speedy Trial Act.